IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TROY D. MILLER,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-267-wcg

---

    This action came for consideration before the court with Chief Judge William C. Griesbach presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered reversing the decision of the Commissioner of Social Security denying plaintiff's application for Supplemental Security Income under Title XVI of the Social Security Act and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

_Peter Oppeneer_ (signature)
Peter Oppeneer, Clerk of Court

10/29/13
Date