IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

TROY D. MILLER,

              Plaintiff,                                 JUDGMENT IN A CIVIL CASE

      v.                                                      Case No. 12-cv-267-wcg

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

              Defendant.
_____

      This action came for consideration before the court with District Judge William C. Griesbach presiding.  The issues have been considered and a decision has been rendered.
_____

      IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Troy D. Miller attorney fees in the amount of $1,887.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


      _____s/ A. Wiseman, Deputy Clerk_____      _____12/30/2013_____
                    Peter Oppeneer, Clerk of Court                                   Date